## 25970. MOORE et al. v. ROBERTS.

FELTON, J. 1. For one maliciously and without justifiable cause to induce one to break a contract with another to the latter's damage is actionable. *Luke* v. *Dupree*, 158 *Ga.* 590 (124 S. E. 13). Accordingly, a petition substantially so alleging, without alleging how the contract would benefit the petitioners, or in what particular they would be damaged, stated a cause of action as against a general demurrer. Further and more detailed allegations, if desired, should have been called for by special demurrer. Code, §§ 81-1301, 81-1302.

2. A petition which fails to show jurisdiction of the person of the defendant, by failing to allege that she is a resident of the county in which the suit is brought, is not subject to a demurrer which does not specifically point out that defect. *Burton* v. *Wadley Southern Ry. Co.,*. 25 *Ga. App.* 599 (2), 605 (103 S. E. 881) ; *Rose* v. *Hines*, 25 *Ga. App.* 791 (104 S. E. 784).

*Judgment reversed. Stephens, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 13, 1937.

*Davis & Friedin,* for plaintiffs.
*J. W. Dennard, McDonald & McDonald,* for defendant.